**Herman Ellis BREWINGTON, Plaintiff–Appellant,**

v.

**Michael James HOWE; New Hanover County Sheriff's Department, Defendants–Appellees.**

No. 06–7610.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 30, 2007.

Herman Ellis Brewington, Appellant Pro Se. James Redfern Morgan, Jr., Womble Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina; Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Ellis Brewington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brewington v. Howe,* No. 5:04–ct–00445–FL (E.D.N.C. Aug. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*